# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CANDICE T., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:20-cv-00437-GZS ) |
| KILOLO KIJAKAZI, Acting Social Security Commissioner | ) ) ) |
|       Defendant. | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 17, 2021, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 26). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the Commissioner's decision is hereby **AFFIRMED**.

SO ORDERED.

                                                  /s/ George Z. Singal
                                                  United States District Judge

Dated this 7th day of December, 2021.